# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| TIMOTHY M. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:12-cv-02322-JTF-tmp |
| SOUTHWEST TENNESSEE COMMUNITY COLLEGE and the TENNESSEE BOARD OF REGENTS, | ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to the consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Voluntary Dismissal with Prejudice filed on April 29, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

April 29, 2013                                   s/Thomas M. Gould
Date                                             Clerk of Court

                                                 s/ Erica M. Evans
                                                 (By)  Law Clerk