# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| RONALD GILBRECH and DAVID DABBS, Individually and on behalf of all Others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 2:10-cv-02614-JTF-cgc |
| v. ) ) | |
| MAPCO EXPRESS, INC., ) ) | |
| Defendants. ) ) | |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the Notice of Voluntary Dismissal with Prejudice filed in this matter, this Court is of the opinion that this matter should be dismissed with prejudice. It is therefore,

ORDERED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of April, 2013.

BY THE COURT:

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge